UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PIERRE WERNER,<br><br>Defendant. | 2:11-cr-014-PMP-RJJ<br><br>ORDER |

Defendant, Pierre Werner, having appeared in Court on April 8, 2014, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant shall reside at the Residential Re-entry Center for a period of up to six months as approved and directed by the probation officer.

DATED this 8th day of April, 2014.

_____
PHILLIP M. PRO
UNITED STATES DISTRICT COURT JUDGE